DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT HALL,**
Appellant,

v.

**SAUSALITO PLACE HOMEOWNERS ASSOCIATION, INC.,** and **A&N MANAGEMENT, INC.,**
Appellees.

No. 4D21-3626

[February 9, 2023]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Howard K. Coates, Jr., Judge; L.T. Case No. 502019CA010448XXXXMB.

Bard D. Rockenbach and Adam Richardson of Burlington & Rockenbach, P.A., West Palm Beach, and Paul M. Adams of Schwed, Adams & McGinley, P.A., Palm Beach Gardens, for appellant.

David C. Borucke of Cole, Scott & Kissane, P.A., Tampa, for appellees.

PER CURIAM.

*Affirmed.*

KLINGENSMITH, C.J., WARNER and CIKLIN, JJ., concur.

*   *   *

*Not final until disposition of timely filed motion for rehearing.*